# **PROBABLE CAUSE AFFIDAVIT**

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2022. I am currently assigned to the Boston Division, Bangor Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2.  Based on my knowledge and experience and on information received from other individuals and other law enforcement officers as set forth below, I have learned the following:

3.  On about November 6, 2023, FBI agents in the Western District of New York received information from a witness reporting that the witness's 11-year-old daughter had been communicating with and sending explicit images and videos to other users over the Snapchat application.

4.  On about November 7, 2023, SA Christa Thomas met with he witness and reviewed an iPad the witnesses stated was used by the child (MV1).

5.  SA Thomas did a cursory search and observed videos and images of a female approximately 10-12 years of age exposing her breasts and vagina within the gallery of MV1's Snapchat account. The witness believed the videos and images are of the witness's 11-year-old daughter, MV1.

6.  During the review of the iPad and MV1's Snapchat account, SA Thomas

observed at least one of the above images or videos depicting child pornography saved in the communications between MV1's account, "bab_sheep" (hereinafter SNAPCHAT USER 1), and other Snapchat users.

7. SNAPCHAT USER 1 had a display name of "(.)(.)". SNAPCHAT USER 1 was displayed under the "Best Friend" category of the MV1 account, along with six other users. When SA Thomas selected SNAPCHAT USER 1 from the "Best Friend" list, the app indicated that the MV1 account had been "friends with (.)(.) since October 28, 2023." On this same page, the section "Saved in Chat" displayed five photos, two of which depict the face of MV1. One photo appeared to be the image identified below, which constitutes child pornography as defined by 18 U.S.C. § 2256(2)(A)(v) as lascivious exhibition of the anus, genitals, or pubic area of any person:

8. An image depicting MV1 standing on a gray and white carpet, naked, exposing one breast and her vagina. A pair of underwear are visible, pulled down around one knee and one ankle. The breast and pubic area are focal points of the image. The face of the child is not visible, as the top frame of the image cuts off just below the shoulder. The child's right foot is on the floor, and the left foot is set on a higher level, apparently the height of a toilet seat. The placement of the left foot causes the legs to be spread, accentuating the focus on the pubic area. The angle of the photo and the presence of pubic hair does not make the labia major visible, but the prepuce does appear visible. The underwear is pulled down to the ankle of the left foot and just below the knee of the right leg, indicating that the underwear has been pulled down for the purpose of posing for the photo.

9. SA Thomas obtained user information from Snapchat for the bab_sheep account. This account information had a Google email address associated with it. The Gmail address includes the numbers "88". Peters was born in 1988.

10. The Google records associated this email account had a recovery phone number, which number was assigned to Verizon. Verizon records indicated that Gary E. Peters was the owner of the account, with an original address in California. Open-source research and police databases indicated that Peters was now resident in Southwest Harbor, Maine, and that he had been previously lived at the same address in California associated with his Verizon account.

11. SA Thomas also obtained a search warrant for the bab-sheep Snapchat account (hereinafter "SNAPCHAT USER 1")

12. Beginning on March 14, 2024, SA Thomas reviewed the Snapchat records return for SNAPCHAT USER 1 and observed at least one image that would be classified as Child Sexual Abuse Material (CSAM)/child pornography, as defined by Title 18, United States Code, Section 2256 (8) within the return for SNAPCHAT USER 1. SA Thomas identified this as evidentiary value in the case as at least one image depicts MV fully naked exposing her vagina.

13. Review of the Snapchat records return for SNAPCHAT USER 1, SA Thomas observed the following account subscriber information: Username: bab_sheep Display: (.)(.) Created: 12/8/2019 1:35:45 PM IP Addresses Observed: 74.75.116.222, 174.196.211.151.

14. SA Thomas observed within the images associated with SNAPCHAT USER 1, a photo that appears to be that of Gary Peters, date of birth in 1988 when compared to

6

his driver's license photo. SA Thomas observed several communications between SNAPCHAT USER 1, display name "(.)(.)"  and other Snapchat users who indicated that they were minors. Below is a summary/partial of some of those communications between SNAPCHAT USER 1 and the MV1 Snapchat account that took place between October 28, 2023, and November 09, 2023:

- **VICTIM SNAPCHAT ACCOUNT:** [a series of photos are sent to bab_sheep]
- **SNAPCHAT USER 1**: is that all you have on
- **VICTIM SNAPCHAT ACCOUNT**: Yeah
- **SNAPCHAT USER 1**: Lift it up a lil
- **SNAPCHAT USER 1:** Plz baby
- **VICTIM SNAPCHAT ACCOUNT:** [a series of photos are sent to bab_sheep of MV1's shirt lifted up exposing the top portion of her stomach and lower portion of breast.]
- **SNAPCHAT USER 1:** Want more
- **SNAPCHAT USER 1:** ?
- **SNAPCHAT USER 1:** Show more for more
- **SNAPCHAT USER 1:** Grrr
- **SNAPCHAT USER 1:** I want you
- **VICTIM SNAPCHAT ACCOUNT:** [image described in paragraph 8 is sent]

15. In addition to the above chat between SNAPCHAT USER 1 and VICTIM SNAPCHAT ACCOUNT, SA Thomas observed another chat between user SNAPCHAT

USER 1 and another individual, MV2 (I do not presently have a positive identification of this person) VICTIM SNAPCHAT ACCOUNT 2. The following is an excerpt of the conversation that took place between October 28, 2023 and December 22, 2023:

- **VICTIM SNAPCHAT ACCOUNT 2:** 14 wby?
- **VICTIM SNAPCHAT ACCOUNT 2:** Kansas wby?
- **SNAPCHAT USER 1:** Miss you
- **VICTIM SNAPCHAT ACCOUNT 2:** Huh?
- **SNAPCHAT USER 1:** Wyd
- **SNAPCHAT USER 1:** U awake
- **SNAPCHAT USER 1:** Herro
- **VICTIM SNAPCHAT ACCOUNT 2:** Sorry sleep
- **SNAPCHAT USER 1:** Don't go back yet
- **VICTIM SNAPCHAT ACCOUNT 2:** Okay
- **SNAPCHAT USER 1:** Let's talk a lil
- **VICTIM SNAPCHAT ACCOUNT 2:** Okay
- **SNAPCHAT USER 1:** Wyd tomorrow
- **SNAPCHAT USER 1:** Today?...
- **VICTIM SNAPCHAT ACCOUNT 2:** Going to school
- **VICTIM SNAPCHAT ACCOUNT 2:** That's probably it
- **SNAPCHAT USER 1:** Is it dark in your room
- **VICTIM SNAPCHAT ACCOUNT 2:** Yeah
- **SNAPCHAT USER 1:** Is ur sis there

- **VICTIM SNAPCHAT ACCOUNT 2:** No wjy

- **SNAPCHAT USER 1:** I wanna see u

- **VICTIM SNAPCHAT ACCOUNT 2:** Cant

- **VICTIM SNAPCHAT ACCOUNT 2:** I'm in the dark

- **SNAPCHAT USER 1:** Use the flash?

16. SA Thomas observed multiple images that the Snapchat account user VICTIM SNAPCHAT ACCOUNT 2 had sent to SNAPCHAT USER 1 that depict possible CSAM. At least two of those images are as follows:

17. MV2 image 1

    - MD5: 17e9fe91a8cabe3bf02fb6986e844513

    - Name:snap~media_v4-2023-10-29-04-09-57UTC~hatqdx2612~bab_sheep~saved~b~EiQSFUI3S3I2UHN6RTNjRIJJMWNuUnUwTxoAGgAyAQFIAIAEYAE~v4.jpeg

    - Image depicts a female wearing a brown shirt and no garments covering her lower half. The female has her hand and fingers placed on her vagina in a lascivious manner.

18. MV2 Image 2

    - MD5: f8264e2162f4e1f94df0a140da9b32b9 (EXHIBIT 4)

    - Name:snap~media_v4-2023-10-29-04-09-57UTC~hatqdx2612~bab_sheep~saved~b~EiQSFTRQMzFaOFFoUGJqbDZ2QnVubVhBMhoAGgAyAQFIA1AEYAE~v4.jpeg

    - Image depicts a close-up area of a female's vagina and anus. An unknown object appears to be inserted into the vagina.

9

19.     It is suspected that user VICTIM SNAPCHAT ACCOUNT 2 is a minor operating the account based on the Snapchat communications and potential CSAM sent to "bab_sheep". On or about March 19, 2024, FBI obtained results from legal process issued to Snapchat regarding the subscriber record of VICTIM SNAPCHAT ACCOUNT 2. The results yielded that VICTIM SNAPCHAT ACCOUNT 2, last active March 19, 2024, at 05:20:39 AM PDT, bitmoji gender is female, display name has changed since August 2023 to February 2024 from Lolz (Im 14), Lolz (14), Lolz (age 14), to Lolz (age 15).

20.     On March 27, 2024, FBI agents executed a search warrant at Peters' address in Southwest Harbor, Maine. Peters had a phone on his person. Peters confirmed that the above-described Version phone number was his current phone number. The cell phone in his possession had Snapchat installed, and within the Snapchat account data agents located the above-described image of MV1.

21.     Peters admitted to using Snapchat to contact and solicit nude images from minor girls. Peters admitted that he was the user of the bab_sheep Snapchat account, and that no one else had access to his phone. He admitted that he had obtained nude images of about one hundred girls from 13 to eighteen years old using this method. He stated he knew it was wrong. Peters also estimated that he had about one thousand such images on his phone, and that he had in the past moved images of this type to his laptop computer.

22.     On scene forensics confirmed that Peters had Snapchat installed on his phone, and the image in Paragraph 8 was found in his phone in the Snapchat data.

23.     Based on the above, I have probable cause to believe that Gary Peters

solicited child pornography form people he knew to be children over the internet, including MV1, received child pornography from various children over the internet, including MV1, and that he knowingly possessed child pornography

I, Jose G. Rodriguez-Aguilar, herby swear under oath that the information set forth in the Affidavit is true and correct to the best of my knowledge, information, and belief, and make this oath under the pains and penalties of perjury.

_____
Jose G. Rodriguez-Aguilar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Mar 27 2024

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title